**99–124. State v. Barbato.**
Stark App. No. 1998CA0260. On motion for leave to file delayed appeal. Motion denied.
 PFEIFER, J., dissents.

**99–138. State v. Murray.**
Clark App. No. 98CA21. On motion for leave to file delayed appeal. Motion denied.
 MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–149. State v. Schnuck.**
Fairfield App. No. 95CA67. On motion for leave to file delayed appeal. Motion denied.

**99–169. State v. Justice.**
Fairfield App. No. 37CA91. On motion for leave to file delayed appeal. Motion denied.

**99–258. Becker v. McAninch.**
Ross App. No. 98CA2450. On motion for temporary restraining order. Motion denied.

**99–285. RJK Partnership v. Wesley.**
Adams App. No. 98CA664. On motion for stay of the court of appeals' decision. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**98–2481. Leisure v. State Farm Mut. Auto. Ins. Co.**
Stark App. Nos. 1997CA00420 and 1997CA00445. (Appeal of Annette E. Leisure and cross-appeal of State Farm Mutual Automobile Insurance Company.) Discretionary appeal and cross-appeal allowed; *sua sponte,* this cause shall be argued on the same date as 98–2110, *Leisure v. State Farm Auto. Ins. Co.,* Stark App. Nos. 1997CA00417 and 1998CA00001, with the time for oral argument to be shared equally.

**98–2527. Brown v. Guarantee Title & Trust/ARTA.**
Fairfield App. No. 98CA10.
 F.E. SWEENEY and COOK, JJ., dissent.

**98–2572. Home Builders Assn. of Dayton & the Miami Valley v. Beavercreek.**
Greene App. Nos. 97CA113 and 97CA115.
 RESNICK, PFEIFER and COOK, JJ., dissent.